UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                             )          BK No.:    16-35074
Patricia A. Daniel,                                )
                                                   )          Chapter:  13
                                                   )          Honorable Donald R. Cassling
                                                   )
                                                   )
                       Debtor(s)                   )

**ORDER GRANTING MOTION TO AUTHORIZE DEBTOR
TO SETTLE HER PERSONAL INJURY CASE**

        THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

 It is hereby ORDERED that:

   1)  The Debtor is allowed to settle her personal injury claim resulting from her car accident in 2015.

   2)  The Debtor is permitted to retain $17,150.00 of her personal injury settlement.

   3)  The Debtor's personal injury attorney shall forward $6,920.00 of the settlement to M.O. Marshall, Chapter 13 Trustee, P.O. Box 588, Memphis, TN 38101 within fourteen days of the date this order is entered.

No objection to the motion having been lodged within the time required by Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

                                            Enter:  *Donald R. Cassling*

                                                    Honorable Donald R. Cassling
                                                    United States Bankruptcy Judge

Dated:  October 21, 2021

  **Prepared by:**

  Michael R. Colter, II, A.R.D.C. #6304675
  David M. Siegel & Assoc., LLC
  790 Chaddick Drive
  Wheeling, IL 60090
  (847) 520-8100
  davidsiegelbk@gmail.com